IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CR-49-D

UNITED STATES OF AMERICA      )
                              )
            v.                )
                              )            **ORDER**
                              )
SHIFERAW NEGASH LEMONS,        )
            Defendant.        )


This matter is before the Court on the Defendant's motion to seal Docket Entry 69. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the **18** day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge